Michael K. Hagemann (State Bar No. 264570)
Clay R. Wilkinson (State Bar No. 269080)
M.K. HAGEMANN, P.C.
1801 Century Park East, Suite 2400
Century City, CA 90067
Tel: (310) 499-4695
Fax: (310) 499-4796
mhagemann@mkhlaw.com
cwilkinson@mkhlaw.com

Attorneys for Defendant
AQUA CONNECT, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CODE REBEL, LLC, a Hawaii Limited Liability Company,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>AQUA CONNECT INC., a Nevada Corporation,<br><br>　　　　　Defendant. | Case No.: CV13-04539 RSWL (MANx)<br><br>**DECLARATION OF WILLIAM SILVERSTEIN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Courtroom:　21<br>Judge:　　　Hon. Ronald S. W. Lew<br>Date:　　　　March 4, 2014<br>Time:　　　　10:00 a.m.<br><br>Complaint Filed: June 21, 2013 |

## DECLARATION OF WILLIAM SILVERSTEIN

I, William Silverstein, declare:

1. I am employed by Defendant Aqua Connect, Inc. in the above-entitled action as a programmer. This declaration is submitted in support of Defendant's Motion for Summary Judgment. I have personal knowledge of the facts stated herein. If called and sworn as a witness, I could testify competently to the following:

2. I was the person who searched Aqua Connect, Inc.'s e-mail system for e-mails responsive to Code Rebel LLC's discovery requests.

3. The September 12, 2012 production of e-mails to Code Rebel LLC contained all responsive documents believed to be in Aqua Connect Inc.'s possession, custody, or control as of August 26, 2012.

Executed January 29, 2014 at Los Angeles, California.

I declare under the penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

By: _____
William Silverstein