JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODE REBEL, LLC, a Hawaii Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> AQUA CONNECT, INC., a Nevada Corporation, <br><br> Defendant. | CASE NO. CV 13-4539 RSWL (MANx) <br><br> (Complaint Filed June 21, 2013) <br><br> **JUDGMENT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    Defendant Aqua Connect, Inc. in the above captioned action having offered Plaintiff Code Rebel, LLC to take judgment against it on September 12, 2014, pursuant to Rule 68 of the Federal Rules of Civil Procedure, in the amount of Twenty-Seven Thousand Five Hundred And One Dollars and 00/100 ($27,501.00), inclusive of costs, and Plaintiff Code Rebel, LLC having accepted this offer of judgment on September 26, 2014:

    IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

    Final judgment is entered in favor of Plaintiff Code Rebel, LLC and against

1 | Defendant Aqua Connect, Inc.; and

2 |     Defendant Aqua Connect, Inc. is ordered to pay Plaintiff Code Rebel, LLC the amount of Twenty-Seven Thousand Five Hundred And One Dollars and 00/100 ($27,501.00).

    Each party shall bear its own attorneys' fees, costs and costs of this Action. No fees or costs are awarded to either party.

Dated: 10/14/ 2014

                                  RONALD S.W. LEW
                                  _____

                                  Honorable Ronald S. W. Lew
                                  United States District Court Judge